**No. 54553.**—Cosmos Shipping Company, Inc. *v.* United States, protest 153942–K (New York).

Opinion by EKWALL, J. An examination of the record disclosing nothing that would warrant the court in sustaining the plaintiff's claim, the protest was overruled.

**No. 54554.**—Arrathoon Trading Company *v.* United States, protest 155150–K (New York).

Opinion by EKWALL, J. An examination of the record disclosing nothing that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

**No. 54555.**—F. L. Kraemer & Co. *v.* United States, protest 140472–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54556.**—August Bentkamp & Co. and Philip Porter, Inc. *v.* United States, protests 142450–K and 142206–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54557.**—J. Powell & Co., Inc. *v.* United States, protests 145819–K and 145903–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.